UNITED STATES of America, Plaintiff—Appellee,

v.

Edwin FLORES, Defendant— Appellant.

No. 08–7286.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 15, 2009.

Decided: Jan. 22, 2009.

Edwin Flores, Appellant Pro Se. Jonathan Leo Fahey, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edwin Flores appeals the district court's order denying his motion for reduction of sentence, 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Flores,* No. 1:06–cr–00292–JCC–5 (E.D.Va. July 2, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*